IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LONNIE JOHNSON,

    Defendant.

Case No. 3:99cr92 (1)

JUDGE WALTER HERBERT RICE

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE, WITH NO PERIOD OF SUPERVISED RELEASE TO FOLLOW; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On August 30, 2011, the Defendant having previously been found in violation of his supervised release which began November 21, 2007, appeared in open Court for final disposition.

Pursuant to the record made at that time, the Defendant's supervised release was revoked and he was remanded to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of 452 days, to be served consecutively with the 180-month sentence on Case No. 3:11cr48, imposed August 30, 2011, with no period of supervised release to follow.

Following the above, the Defendant was orally explained his right of appeal and he indicated an understanding of same.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

September 30, 2011

_____
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Brent Tabacchi, AUSA
Tom Anderson, Esq.
Victoria Howard, Probation Officer